# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN DAVID SMITH, | |
|     Petitioner, | Case No. 2:10-CV-01413-JCM-(LRL) |
| vs. | **ORDER** |
| BRIAN WILLIAMS, et al., | |
|     Respondents. | |

Respondents having submitted a motion for enlargement of time (third request) (#8), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (third request) (#8) is **GRANTED**. Respondents shall have through March 1, 2011, to file and serve an answer or other response to the petition (#1).

DATED:  January 25, 2011.

_____
JAMES C. MAHAN
United States District Judge